IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ARNAUD BA,<br>    Plaintiff,<br><br>v.<br><br>ZACHARY RIDENHOUR, et al.,<br>    Defendants. | )<br>)<br>)<br>)   Civil Action No. 1:15cv1669<br>)<br>)<br>) |

## ORDER

On September 9, 2016, the magistrate judge assigned to this matter filed a Report and Recommendation (i) concluding that the *pro se* plaintiff's one-page complaint failed to include allegations sufficient to state a valid claim against any named defendant, and (ii) recommending that the complaint be dismissed without prejudice to plaintiff's right to file an amended complaint that states a valid cause of action within thirty days.

Based upon an independent *de novo* review of the record, and no objections having been filed to the magistrate judge's Report and Recommendation,

It is hereby **ORDERED** that the Court **ADOPTS** as its own the magistrate judge's findings of fact and recommendation, as set forth in the September 9, 2016 Report and Recommendation.

Accordingly, it is further **ORDERED** that plaintiff's complaint is **DISMISSED** for failure to state a claim, without prejudice to plaintiff's right to file an amended complaint that states a viable cause of action against specifically named defendants[1] by 5:00 p.m., Thursday, October 27, 2016. Should plaintiff fail to file an amended complaint that complies with this

---

[1] Plaintiff named three defendants in his original complaint: Zachary Ridenhour, "Chris," and "Ches." Any individual defendants named in plaintiff's amended complaint, should he choose to file one, must be specifically identified by first and last name.

Order by 5:00 p.m., Thursday, October 27, 2016, a further order will issue placing this dismissed matter among the ended causes.

The Clerk is directed to send a copy of this Order to the *pro se* plaintiff and to the defendants at the addresses identified in the file.

Alexandria, VA
September 27, 2016

                                               T. S. Ellis, III
                                               United States District Judge